FILED
CLERK, U.S. DISTRICT COURT
OCT 2 6 2022
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHNNIE V. PARKER, <br><br> Defendant. | CASE NO. CR-22-00440-RGK <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ✓ ) the appearance of defendant as required; and/or

   B. ( ) the safety of any person or the community.

2. The Court concludes:

   A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)          Page 1 of 2

1 | other persons or the community. Defendant poses a risk to the
2 | safety of other persons or the community based on:

3 | _____
4 | _____
5 | _____
6 | _____
7 | _____

8 | B. (✓) Defendant has failed to demonstrate by clear and convincing
9 | evidence that he is not likely to flee if released. Defendant poses
10 | a flight risk based on: absconding from supervision
11 | for brief period on Oct. 11-13, 2022; failure to comply with
12 | court-ordered conditions; no known
13 | residence; insufficient bail resources
14 | _____
15 | _____

16 | IT IS ORDERED that defendant be detained.

20 | DATED: October 26, 2022

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                 Page 2 of 2